UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN F. GOODLOW,<br><br>                Plaintiff,<br><br>     vs.<br><br>HENDERSON, et al.,<br><br>                Defendants. | 1:22-cv-00082-GSA-PC<br><br>**ORDER ADDRESSING MOTION FOR LEAVE TO AMEND AND INFORMING PLAINTIFF HE HAS LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE**<br>**(ECF No. 7.)**<br><br>**DEADLINE TO FILE AMENDED COMPLAINT: <u>NOVEMBER 18, 2022</u>** |

## I. BACKGROUND

Ivan F. Goodlow ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on January 20, 2022.  (Doc. 1.)

On July 20, 2022, Plaintiff filed a motion to amend the Complaint.  (ECF No. 7.)

## II. LEAVE TO AMEND – RULE 15(a)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  Because Plaintiff has

not amended the Complaint, and no responsive pleading has been served in this action, Plaintiff has leave to file an amended complaint as a matter of course.

### III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is informed that he has leave to amend the complaint once as a matter of course; and
2. If Plaintiff fails to file an amended complaint **by November 18, 2022**, the court shall proceed with Plaintiff's original complaint filed on January 20, 2022.

IT IS SO ORDERED.

Dated:   **October 14, 2022**               **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE