UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN F. GOODLOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HENDERSON, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00082 GSA (PC)<br><br>ORDER ACKNOWLEDGING PARTIES' JOINT STIPULATION VOLUNTARILY DISMISSING MATTER WITH PREJUDICE<br><br>(ECF No. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

　　　On February 3, 2025, the parties participated in a settlement conference before United States Magistrate Judge Stanley A. Boone. ECF No. 13. During the conference the parties agreed to settle this case, as well as another matter that Plaintiff had before this Court.[1] See id.

　　　On February 4, 2025, the parties filed a joint stipulation requesting that this matter be voluntarily dismissed with prejudice. ECF No. 14. The Court herein acknowledges the joint stipulation and, consistent with it, it will direct the Clerk of Court to close this case.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The Court ACKNOWLEDGES the parties' joint stipulation to voluntarily dismiss this case with prejudice. See ECF No. 14, and

---

[1] The other case was Goodlow v. Gomez, No. 1:23-cv-00662 BAM.

1

2. Consistent with the parties' joint stipulation for voluntary dismissal, the Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __**February 5, 2025**__              _____**/s/ Gary S. Austin**_
                                                                          UNITED STATES MAGISTRATE JUDGE

2